1:06-cr-10093-JBM-JAG    E-1    Page 1 of 3



**SEALED**

E-FILED
Thursday, 16 November, 2006  08:25:17 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

FILED
NOV 1 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-10093 |
| ) | |
| CHRISTOPHER P. BEERMAN, ) | VIO: 21 U.S.C. §§846, 841(a)(1) |
| BRADLEY B. ROBERTS, and ) | 841(b)(1)(B) and 841(b)(1)(D); |
| JOELLEN R. MILLER, ) | 18 U.S.C. §2 |
| ) | |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges:

### Count 1
### (Conspiracy)

1.     Beginning in or about 2002, and continuing to the present, in McLean County in the Central District of Illinois and elsewhere,

**CHRISTOPHER P. BEERMAN,
BRADLEY B. ROBERTS, and
JOELLEN R. MILLER,**

the defendants herein, did knowingly conspire, confederate, and agree with each other and other persons whose names are known and with persons whose names are unknown to the Grand Jury, to commit certain acts in violation of the laws of the United States, to wit: to knowingly manufacture, possess with intent to manufacture, possess with intent to distribute and to distribute marijuana, a Schedule I controlled substance

1

in violation of Title 21, United States Code, §§841(a)(1), 841(b)(1)(B) and 841(b)(1)(D).

2.  It was part of the conspiracy that the defendant, would at various times manufacture marijuana, possess with intent to distribute marijuana, and distribute marijuana.

3.  At all times material to this indictment, Title 18, United States Code, Section 802(15) defined the term "manufacture" to mean "the production, preparation [or] propagation . . . of a drug or other substance."

### Overt Acts

4.  In furtherance of the conspiracy and to accomplish its objectives of knowingly manufacturing, possessing with intent to manufacture, possessing with intent to distribute, and distributing marijuana, the defendants and other persons did commit overt acts, including but not limited to the following:

  A.  During the course of the conspiracy the defendants purchased marijuana from various sources.

  B.  During the course of the conspiracy the defendants stored marijuana in various locations.

  C.  During the course of the conspiracy the defendants sold marijuana.

  D.  During the course of the conspiracy the defendants grew 100 or more marijuana plants in Bloomington, Illinois.

  E.  During the course of the conspiracy the defendants possessed with intent to distribute and distributed more than 100 kilograms of a substance containing a

detectable amount of marijuana.

All in violation of Title 21, United States Code §§846 and 841(a)(1) and 841(b)(1)(B).

### Count 2

On or about April 15, 2005, in McLean County, within the Central District of Illinois,

**CHRISTOPHER P. BEERMAN,
BRADLEY B. ROBERTS, and
JOELLEN R. MILLER,**

the defendants, did knowingly manufacture and possess with intent to manufacture and distribute more than one hundred plants containing marijuana, a Schedule I controlled substance, in that they prepared, propagated, produced and possessed that many marijuana plants inside the leased space on Gill Street in Bloomington, Illinois.

All in violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, §2.

A True Bill,

/s/ Foreperson
_____
Foreperson

/s/Rodger Heaton
_____
RODGER A. HEATON
UNITED STATES ATTORNEY
JHC*ksr